UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
OFFICE OF THE CLERK
Walter E. Hoffman U.S. Courthouse
600 Granby Street, Room 193-C
Norfolk, Virginia 23510

**FERNANDO GALINDO**
ACTING CLERK

Telephone
(757) 222-7202
CRIMINAL

August 18, 2006

Clerk's Office
United States District Court
District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

CR 06-168-02-TFH

RE: U.S.A. v. Andy Aranas
Your Case No. 06-168-02
Our Case No. 2:06mj207

FILED
AUG 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Sir:

Enclosed herein please find certified copies of the following documents:

- (X) Copies of executed Warrants of Arrest
- (X) Copy of Petition for Action on Conditions of Pretrial Release
- ( ) Copy of Complaint
- (X) Courtroom Minutes
- ( ) Financial Affidavit
- ( ) Order Setting Conditions of Release
- ( ) Appearance Bond
- ( ) Waiver of Rule 5 & 5.1 Hearings
- ( ) Order of Temporary Detention
- ( ) Commitment to Another District
- (X) Docket Sheet
- ( ) Other (specify) -

Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return same to this office.

Sincerely,

FERNANDO GALINDO, ACTING CLERK

By: [signature]
Deputy Clerk

**Enclosures**

cc: U. S. Attorney's Office, Norfolk, VA
    U.S. Attorney's Office, Beaumont, Texas
    U.S Pretrial Services Office, Beaumont, Texas

# UNITED STATES DISTRICT COURT

FILED
AUG 18 2006
CLERK, US DISTRICT CO
NORFOLK, VA

__EASTERN__    District of    __VIRGINIA__
Norfolk Division

United States of America

V.

__ANDY ARANAS__
Defendant

**ORDER SETTING CONDITIONS
OF RELEASE**

Case Number:  2:06MJ207

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) __United States District Court__
                                                                                                                                        Place

__Pretrial Services Office__                __August 29, 2006 at 10:00 a.m.__
**District of Columbia**                              **Date and Time**

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

( X ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( x ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
PERSONAL RECOGNIZANCE (No Amount Set)----------------------------------- dollars ($ --------------------- )
**in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.**

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
                DEPUTY CLERK

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.
IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
  (Name of person or  _____
  (Address) _____
  (City and _____ (Tel. _____
who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and © to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____      _____
              Custodian or Proxy                        Date

( X ) (7) The defendant shall:
  ( X )(a) report to   the Pretrial Services office as directed   ,
          telephone number _____ , not later _____ .
  (   )(b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
          One Thousand Five Hundred and 00/100 Dollars
  (   )© post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above- _____ .
  (   )(d) execute a bail bond with solvent sureties in the amount _____ .
  (   )(e) maintain or actively seek employment.
  (   )(f) maintain or commence an education program.
  ( X )(g) surrender any passport _____
  ( X )(h) obtain no passport.
  ( X )(I) abide by the following restrictions on personal association, place of abode, or travel:
          Travel is restricted to Virginia and the District of Columbia
  ( X )(j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject prosecution, including but not limited   with co-defendants
  (   )(k) undergo medical or psychiatric treatment and/or remain in an institution as _____
  (   )(l) return to custody each (week) day as of _____ o'clock after being released each (week) day as _____ o'clock for schooling, or the following limited
  (   )(m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising
  ( X )(n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
  ( X )(o) refrain    (  ) any ( X ) excessive use of alcohol.
  ( X )(p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  ( X )(q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
  (   )(r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
  (   )(s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
  (   )(t) participate in one of the following home confinement program components and abide by all the requirements of the       (  ) will
          (  ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon to pay as determined by the pretrial services office or supervising officer.
          (  ) (I) Curfew. You are restricted to your residence every   ( X ) from _____ to _____ , or (  ) as directed by the pretrial services office or supervising officer; or
          (  ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
          (  ) (iii) Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
  (   )(u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
  (   )(v) _____
  (   )(w) _____
  (   )(x) _____

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICES    U.S. ATTORNEY    U.S. MARSHAL

## Advice of Penalties and Sanctions

**TO THE DEFENDANT:**

**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

DO NOT FILL OUT
Address

DO NOT FILL OUT
City and State            Telephone

### Directions to United States Marshal

( X ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date _____August 17, 2006_____           _____
                                              Signature of Judicial Officer

                                              UNITED STATES MAGISTRATE JUDGE
                                              Name and Title of Judicial Officer

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

CLOSED

# U.S. District Court
## Eastern District of Virginia (Norfolk)
### CRIMINAL DOCKET FOR CASE #: 2:06-mj-00207-TEM-ALL
Internal Use Only

Case title: USA v. Aranas
Other court case number: 06-168-02 USDC - District of Columbia

Date Filed: 08/17/2006

Assigned to: Magistrate Judge Tommy E. Miller

### Defendant

**Andy Aranas** (1)
*TERMINATED: 08/18/2006*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

### Plaintiff
USA

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2006 | | Arrest of Andy Aranas in USDC - EDVA - Norfolk. (afor) (Entered: 08/17/2006) |

https://ecf.vaed.circ4.dcn/cgi-bin/DktRpt.pl?195109418268328-L_923_0-1        08/18/2006

| | | |
|---|---|---|
| 08/17/2006 | 1 | Arrest Warrant Returned Executed on 8/17/06 as to Andy Aranas. (afor) (Entered: 08/17/2006) |
| 08/17/2006 | | Minute Entry for proceedings held before Judge Tommy E. Miller. Sherry Capotosto, AUSA appeared on behalf of the govt. Deft. present in custoy w/out counsel. Initial Appearance in Rule 5(c)(3) Proceedings as to Andy Aranas held on 8/17/2006. Initially - deft. stated that he would retain counsel and wished an Idenity hearing. Court set idenity hearing on 8/24/06 at 2:30 before Judge Bradberry. PR bond set. LATER: Deft. returned to court and stated that he wished to waive the idenity hearing and return to DC to face the charges. Bond modified for deft. to appear on 8/29/06 at 10:00 a.m. in the PTS office of DC. (Court Reporter FTR.) (they, ) (Entered: 08/17/2006) |
| 08/17/2006 | 2 | WAIVER of Identity Hearing by Andy Aranas (they, ) (Entered: 08/17/2006) |
| 08/18/2006 | 3 | ORDER Setting Conditions of Release as to Andy Aranas. Ent. 8/17/06; filed 8/18/06. Signed by Judge Tommy E. Miller on 8/17/06. Copies mailed. (they, ) (Entered: 08/18/2006) |
| 08/18/2006 | | ***Terminated defendant Andy Aranas, pending deadlines, and motions. (they, ) (Entered: 08/18/2006) |
| 08/18/2006 | | ***Set Closed Flag as to Andy Aranas (they, ) (Entered: 08/18/2006) |

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

FILED
IN OPEN COURT

AUG 17 2006

CLERK. U.S. DISTRICT COURT
NORFOLK, VA

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

ANDY ARANAS

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 2:06mj207

CHARGING DISTRICTS
CASE NUMBER: 06-168-02

I understand that charges are pending in the _____ District of Columbia

alleging violation of 21:846, etc., et al _____ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

August 17, 2006
Date

_____
Defense Counsel

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

AUG 16 2006 09:49 FR USI

# WARRANT FOR ARREST  1203878

CO-180 (Rev.)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-168-02   MAGIS. NO: |
| V.  STACY PAHL HENDERSON | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED  Andy Aranas |

DOB:    PDID:

| WARRANT ISSUED ON THE BASIS OF: | INDICTMENT | DISTRICT OF ARREST |
|---|---|---|
| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE;
CONSPIRACY TO ILLEGALLY PURCHASE A FIREARM AND/ OR AMMUNITION;
ILLEGAL TRANSFER, SALE, TRADE, DELIVERY OR TRANSPORT OF A FIREARM;
UNLAWFUL SALE OF A FIREARM AND AMMUNITION TO A PERSON UNDER INDICTMENT OR CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR;
UNLAWFUL TRANSFER OF A FIREARM;
USING, CARRYING AND POSSESSING A FIREARM DURING A DRUG TRAFFICKING OFFENSE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF METHAMPHETAMINE;
AIDING AND ABETTING

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
21:846; 18:371; 18:922(a)(5); 18:922(d)(1); 18:924(b); 18:924(c)(1); 21:841(a)(1) and 841(b)(1)(b)(viii); and 18:2

BY _____ DEPUTY CLERK

FILED
AUG 17

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: CHIEF JUDGE, U.S. MAG. JUDGE THOMAS F. HOGAN  ALAN KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)  CHIEF JUDGE, THOMAS F. HOGAN | CLERK, U.S. DISTRICT COURT NORFOLK, VA  8-11-06 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 8-11-06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | 8/16/2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE EXECUTED | 8/17/2006 | ATF SA Jeffrey S. Meixner | Jeff S Meixner |
| HIDTA CASE: | Yes X   No X | | |

**NORFOLK DIVISION**

Minutes of Proceedings in Open Court

Set: 3:00 p.m.  
Started: 3:08 p.m.  
Ended: 3:13 p.m.  
Later - 4:14 pm - 4:17 pm

Date: August 17, 2006  
Judge: Tommy Miller, USMJ  
Courtroom Deputy: _____  
Recorded by: FTR  
U.S. Attorney: Shery Capatisto  
Defense Counsel: _____  
Retained - Court-appointed - AFPD

Case Number: 2:06mj207  
Defendant: ANDY ARANAS

(X) Deft. present in custody - ( ) not in custody  
(X) **Initial Appearance** - Preliminary / Detention Hearing - Early / Appointment of Counsel  
( ) Interpreter present & sworn - Interpreter: _____  
( ) Deft. advised of rights, charges & right to counsel  
( ) Counsel desired  
( ) Defendant's motion to substitute counsel  
( ) Order to substitute counsel exec., ent. & filed in open Court  
( ) Financial Affidavit previously exec. by deft., received & filed in open Court  
( ) Deft. sworn - Financial Affidavit exec. & filed in open Court  
( ) Court DIRECTED / DENIED appointment of counsel  
( ) Court directed deft. to reimburse govt. at rate of _____

(✓) Deft. waives Removal / ~~Preliminary hearing~~ (In this District only) yeah  
( ) Deft. executed Waiver of Removal Hearing  
( ) Preliminary / Removal Hearing set for 8/24/06 @ 2:30  held / waived  
( ) Court finds probable cause - Deft. held for GRAND JURY or for removal to other District  
( ) Court ordered deft. removed to other District  
( ) Govt. motion for Detention - GRANTED  
( ) Govt. motion to withdraw motion for detention and set bond  
( ) Detention Hearing scheduled for _____ at _____ before _____ USMJ  
( ) Bond / Detention Hearing held / waived  
( ) TEMPORARY DETENTION / DETENTION ORDERED (Court to prepare Order)  
(✓) Bond set at $ PR Bond - Δ to appear 8/29/06 @ 10:00 in DC PTS Office  
(✓) SPECIAL CONDITIONS OF RELEASE: (See Page 2)  
( ) BOND ORDER Setting Conditions of release exec., ent., & filed in open Court  
(X) Deft. remanded to custody of U.S. Marshal  
( ) Warrant returned executed & filed in open Court  
( ) Defendant is directed to next appear on _____ at 9:00 a.m. for Arraignment  
( ) Defendant is directed to next appear on _____ at _____ for _____  
( ) Order of Temporary Detention executed, entered and filed in open Court  
( ) _____  
( ) _____

A TRUE COPY, TESTE:  
CLERK, U.S. DISTRICT COURT

BY _____  
DEPUTY CLERK

## STANDARD CONDITIONS OF RELEASE

  Deft's. travel is restricted to the State of Virginia
  Deft is directed to refrain from excessive use of alcohol
  Deft. is directed to refrain from any use or unlawful possession of a
    narcotic drug and other controlled substances defined in 21 U.S.C.
    802 unless prescribed by a licensed medical practitioner
  Deft. is directed to surrender any passport to the Pretrial Services Office
  Deft. is prohibited from obtaining any passport

## SPECIAL CONDITIONS OF RELEASE

(✓)  Travel is restricted to __VA + DC__

( )  Deft. is directed to maintain residence

( )  Deft. is directed to seek and maintain verifiable employment as directed by PTS

( )  Deft. is directed to report on a regular basis to the Probation Office as follows:
     _____

(✓)  Deft. is directed to report to the Office of Pretrial Services as directed

(✓)  Deft. is directed to undergo substance abuse testing and treatment as directed by PTS, at the expense of the defendant

( )  Deft. is directed to submit to electronically monitored home detention with time outs as directed by PTS, at the expense of the deft.

(✓)  Deft. is directed to refrain from possession a firearm, destructive device, or other dangerous weapon

(✓)  Deft. is directed to avoid all contact with ~~alleged victims or potential witnesses~~ co-defts

( )  Deft. is prohibited from committing any offense in violation of federal, state or local law

( )  Deft. is directed to cooperate with their Court-appointed counsel in the preparation of their defense

( )  Court directs Bond to be executed by deft. and _____

( )  Court directs that deft. be released to the custody of _____

( )  _____