# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: | MAGIS. NO: |
|---|---|---|
| | 06-168-02 | |
| v. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| STACY PAHL HENDERSON  FILED | **Andy Aranas** | |
| | AUG 2 9 2006 | |
| DOB: }  PDID: | NANCY MAYER WHITTINGTON, CLERK  U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE BASIS OF:  **INDICTMENT** | DISTRICT OF ARREST | |
| **TO:  ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER** | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE;
CONSPIRACY TO ILLEGALLY PURCHASE A FIREARM AND/ OR AMMUNITION;
ILLEGAL TRANSFER, SALE, TRADE, DELIVERY OR TRANSPORT OF A FIREARM;
UNLAWFUL SALE OF A FIREARM AND AMMUNITION TO A PERSON UNDER INDICTMENT OR CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR;
UNLAWFUL TRANSFER OF A FIREARM;
USING, CARRYING AND POSSESSING A FIREARM DURING A DRUG TRAFFICKING OFFENSE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF METHAMPHETAMINE;
AIDING AND ABETTING

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

21:846; 18:371; 18:922(a)(5); 18:922(d)(1);18:924(h); 18:924(c)(1); 21:841(a)(1) and 841(b)(1)(b)(viii); and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
|---|---|---|
| CHIEF JUDGE, U.S. MAG. JUDGE  THOMAS F. HOGAN  ALAN KAY | CHIEF JUDGE, THOMAS F. HOGAN | 6/21/06  8-11-06 |
| CLERK OF COURT:  **Nancy Mayer-Whittington** | BY DEPUTY CLERK: | DATE:  6/21/06  8-11-06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  8/25/06 | NAME AND TITLE OF ARRESTING OFFICER  Keith Younger  Deputy US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED  8/29/06 | | |
| HIDTA CASE:  Yes    No  X | | OCDETF CASE:    Yes    No  X |