UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| | } |
| v. | } Criminal Number: 06-168-02 (TFH) |
| | } |
| ANDY ARANAS, | } |
| | } |
| Defendant | } |

### PRAECIPE

THE CLERK OF THE COURT will please note the appearance of Jerry M. Phillips as counsel of record for the defendant, Andy Aranas.

ANDY ARANAS
By Counsel

Jerry M. Phillips, Esq.
PHILLIPS, BECKWITH, HALL & CHASE
10513 Judicial Drive, Suite 100
Fairfax, Virginia   22030
Telephone:   (703) 691-4100
Facsimile:   (703) 385-2745
Email Address:   JpandFirm@aol.com
D. C. Bar Number:   280487