HONORABLE THOMAS F. HOGAN, UNITED STATES CHIEF JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**DEC 14 2006**

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: **06-CR-168 (SEALED)** |
|---|---|---|
| vs. | : | SSN: |
| ARANAS, Andy | : | Disclosure Date: **November 3, 2006** |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

____ There are no material/factual inaccuracies therein.
____ There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____       11-09-06
Prosecuting Attorney                                   Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____   _____  _____
Defendant          Date       Defense Counsel    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **November 17, 2006**, to U.S. Probation Officer **Elizabeth Suarez**, telephone number **(202) 565-1341**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Gennine A. Hagar, Acting Chief
United States Probation Officer

Always Base Offense Level should be 38 not 34 for 2 kilograms of meth "ice".

Base offense level 38

The other calculations are correct.

Signed by: _[signature]_ (Defendant/Defense Attorney/AUSA)

Date: 11-09-06