UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
DEC 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 06-168-02 (TFH) |
| : | |
| ANDY ARANAS, : | |
| : | Sentencing Date: December 14, 2006 |
| Defendant. : | |
| : | UNDER SEAL  **UNSEALED** |

### GOVERNMENT'S NOTICE OF SENTENCING DEPARTURE AND MEMORANDUM
### AND
### GOVERNMENT'S MOTION TO AWARD THREE POINTS FOR ACCEPTANCE 3E1.1

The United States of America, through its counsel, Jeffery A. Taylor, the United States Attorney for the District of Columbia submits the following notice that Defendant Aranas has provided substantial assistance to the United States. We submit that Defendant Aranas has pursuant to the Federal Sentencing Guideline, Section 3E1.1, Acceptance of Responsibility, earned an additional one-level decrease in his offense level and is therefore entitled to a total three-level reduction in his offense level for acceptance of responsibility. We do note that it is the Government's position that there is a quantitative and qualitative difference between the issues regarding the granting of a Section 3E1.1 motion and that of a motion for departure pursuant to 18 U.S.C. §3553(e) and Section 5K1.1 of the U.S.S.G. Manual. Our memorandum in support of Defendant Aranas's departure and sentencing states as follows:

**UNSEALED**

Defendant Aranas has provided substantial assistance to the Government in the investigation and prosecution of others involved in his criminal conduct. Therefore, he is entitled to a downward sentencing departure from his sentencing guidelines and his statutory mandatory minimum sentences. 18 U.S.C. §3553(e) and Section 5K1.1 of the U.S.S.G. Manual. Defendant Aranas provided substantial information which lead to the arrests and successful prosecutions of numerous upper and mid-level drug dealers, to include:

1.  UNITED STATES v. BA HUYUNH aka NGUYEN
    CONSPIRACY PWID/DIST 30 KILOS METHAMPHETAMINE - ICE
    10 KILOS OF ECSTASY - MDMA

2.  UNITED STATES v. DERRICK HARGROVE
    CONSPIRACY PWID/DIST 25 KILOS METH-ICE

3.  UNITED STATES v. VAN ETHERIDGE
    CONSPIRACY PWID/DIST 10 KILOGRAMS OF METH/ICE

4.  UNITED STATES v. JOSEPH TALLEY
    CONSPIRACY PWID/DIST 10 KILOS OF METH-ICE

5.  UNITED STATES v. WESLEY MARKLAND
    CONSPIRACY METH/ICE, GHB, GBL, & A FIREARM

6.  UNITED STATES v. STACY HENDERSON
    CONSPIRACY METH/ICE & A FIREARM

Based on this investigation DEA SA Paul Maloney and AUSA Carpenter were able to identify, apprehend and successfully prosecute several defendants with whom Aranas conspired. Following the cooperation Defendant Aranas, SA Maloney and AUSA Carpenter, along with the DEA Group in San Francisco, CA, were able to apprehend and convict Derrick Hargrove, who accepted responsibility for 25 kilograms of "Ice." The DEA Group in San Francisco successfully prosecuted one of Hargrove's suppliers Ba Huyunh aka Nguyen who plead guilty to trafficking

30 kilograms of "Ice" and 10 kilograms of MDMA in California, the District and elsewhere. Local distributers Wesley Markland, Stacy Henderson, Joseph Talley and Van Etheridge were successfully prosecuted in the Eastern District of Virginia.

Throughout his cooperation, Defendant Aranas maintained regular telephone contact with his DEA/ATF handler DEA SA Paul J. Moloney and ATF SA Jeffery Miexner, his defense counsel and the prosecutor. Defendant Aranas has often informed SA Moloney, of new criminal activity and he would make himself available for interviews on other matters.

The prosecution team and the law enforcement task force believe that Defendant Aranas has provided substantial assistance to the United States. We recommended to the Departure Committee of the United States Attorney's Office for the District of Columbia that Defendant Aranas receive this departure. The Departure Committee agreed with our recommendations and has awarded Defendant Aranas with a departure notice to this Court from both his guideline and statutory mandatory sentence requirements of imprisonment. Accordingly, in light of Defendant Aranas's criminal history, his role in the offense, and the common factors for sentencing, his pre-trial confinement and his substantial assistance, we submit that Defendant Aranas's departure is warranted. We recommend a sentence consistent with all other defendants sentence by this Honorable Court.

WHEREFORE, it is respectfully requested that this motion be granted.

                      Respectfully submitted,

                      JEFFERY A. TAYLOR
                      United States Attorney
                      D.C. Bar No. 498-610

                      */s/ Martin Dee Carpenter*

                      Martin Dee Carpenter, D.C. Bar No. 431-211
                      Criminal Division, Organized Crime & Narcotics
                      Assistant United States Attorney's Office
                      555 4th Street, N.W., Room No. 4116
                      Washington, D.C. 20530
                      (202) 514-7063
                      Email: martin.carpenter2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this pleading has been mailed, postage prepaid, this 13th day of December, 2006, to counsel for Defendant Aranas, Jerry Phillips, Esquire, Via first class mail, postage prepaid, and by facsimile to (703) 385-2745, Suite No. 100, 10513 Judicial Drive, Fairfax, Virginia 22030; Office No. (703) 691-4100, Mobile No. (703) 598-2338.

                      */s/ Martin Dee Carpenter*

                      MARTIN DEE CARPENTER, Bar No. 431/211
                      Assistant United States Attorney
                      Organized Crime & Narcotics Trafficking Section
                      555 4th Street, N.W., Room No. 4116
                      Washington, D.C. 20530
                      (202) 514-7063

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-168-02 (TFH) |
| | : | |
| ANDY ARANAS, | : | |
| | : | Sentencing Date: December 14, 2006 |
| Defendant. | : | |

ORDER

Upon consideration of the Government's Motions related to Defendant Aranas' sentencing and for good cause having been shown, it is hereby **ORDERED**:

IT IS HEREBY ORDERED, that the Government's motions for the award of the third point for acceptance of responsibility and its motion based on cooperation and departure for the performance of substantial assistance is GRANTED.

IT IS HEREBY FURTHER ORDERED, that Defendant Aranas' case shall be immediately unsealed for all purposes.

IT IS SO ORDERED on this _____ of December, 2006.

_____
The Honorable Thomas F. Hogan
Chief Judge, United States District Court
for the District of Columbia

cc:

Martin Dee Carpenter
Assistant United States Attorney
Organized Crime and
Narcotics Trafficking Section
Room No. 4828
555 Fourth Street, Northwest
Washington, D.C. 20530
Office No. 202-514-7063
Fax No. 202-353-9414
Email: martin.carpenter2@usdoj.gov

ESQUIRE JERRY PHILLIPS
Attorney-At-Law
10513 Judicial Drive, Suite No. 100
Fairfax, VA 22030
Facsimile No. (703) 385-2745
Office No. (703) 691-4100
Cell Phone (703) 598-2338.
Email: jphillips@pbhclaw.com

Clerk of the Court
United States District Court
for the District of Columbia